# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| FRANK DANIEL KRESOCK, | Case No. 0:16-bk-08631-BMW |
| Debtor. | |
| ILENE J. LASHINSKY, UNITED STATES TRUSTEE, | Adversary Case No. 0:19-ap-00091-BMW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK DANIEL KRESOCK, | |
| Defendant. | |

This adversary proceeding was commenced by Ilene J. Lashinsky, the United States Trustee for the District of Arizona (the "UST"), who filed the complaint seeking to deny Frank Daniel Kresock, Jr. (the "Debtor") a discharge. The UST filed the *United States Trustee Motion for Summary Judgment* (the "Motion for Summary Judgment") (Dkt. 74), which motion the Debtor opposed. The Court granted the Motion for Summary Judgment for the reasons set forth in the Court's Memorandum Decision issued simultaneously herewith.

Based upon the foregoing,

**IT IS HEREBY ORDERED** granting the UST's Motion for Summary Judgment.

**IT IS FURTHER ORDERED** denying the Debtor a discharge pursuant to 11 U.S.C. §§ 727(a)(3) and 727(a)(4).

**DATED AND SIGNED ABOVE.**